# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALFREDO HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LOS ANGELES COUNTY CHILD SUPPORT SERVICES DEPARTMENT, the local child support agency of the County of Los Angeles, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, TRANS UNION, LLC, a Delaware Corporation, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:09-cv-03962-R-JC<br><br>[Assigned to The Honorable Manuel L. Real, Courtroom 8]<br><br>**ORDER ON STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

PURSUANT TO the attached Stipulated Protective Order, and good cause appearing therefor,

IT IS HEREBY ORDERED that a protective order be entered forthwith pursuant to the terms of the Stipulated Protective Order filed herewith.

DATED: February 5, 2010

_____
THE HONORABLE MANUEL L. REAL
U.S. DISTRICT COURT JUDGE

675802.1

[PROPOSED] ORDER ON STIPULATION FOR ENTRY OF PROTECTIVE ORDER